UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONALD JERMAINE JACKSON,<br>No. 22096-041,<br><br>    Petitioner,<br><br>    v.<br><br>T. LILLARD,<br><br>    Respondent. | Case No. 25-cv-02131-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that Petitioner Ronald Jermaine Jackson's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is denied, that judgment is entered in favor of Respondent T. Lillard and against Petitioner Ronald Jermaine Jackson, and that this case is dismissed with prejudice.


**DATED:** January 5, 2026            MONICA A. STUMP, Clerk of Court

                              s/Tina Gray, Deputy Clerk



**Approved:**    s/ J. Phil Gilbert
          **J. PHIL GILBERT**
          **United States District Judge**